UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

                                                         Case No. 8-10-79506-reg

Robert John Cassandro

                          Debtor.                        Chapter 7
-----------------------------------------------------------------x
William and Martha Perillo,

                          Plaintiffs,

                                                         Adv. Proc. No. 8-11-08889-reg

    v.

Robert John Cassandro,

                        Defendant.
-----------------------------------------------------------------x

## ERRATA ORDER

## MEMORANDUM OPINION, DATED OCTOBER 14, 2015

The Decision After Trial, dated October 14, 2015, entered in the above-captioned adversary proceeding should be corrected as follows:

On page 10, in the fourth line down from the top of the page, the case citation for *Nunnery v. Rountree (In re Rountree)*, 340 Fed. Appx. 899, 901 (4th Cir. 2009) (citing *Field v. Mans*, 516 U.S. 59, 61 (1995)) should be corrected to read *Colombo v. Sharp (In re Sharp)*, 340 Fed. Appx. 899, 901 (4th Cir. 2009) (citing *Field v. Mans*, 516 U.S. 59, 61 (1995)).



**Dated: Central Islip, New York**
      **April 19, 2016**
                                                                    **Robert E. Grossman**
                                                             **United States Bankruptcy Judge**